# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PAUL GANCARZ, et al., <br><br> Plaintiffs, <br> v. <br><br> DAVID ALAN CAPITO II, <br><br> Defendant. | Case No. 2:23-cv-01113-RAJ <br><br> MINUTE ORDER <br> TO SHOW CAUSE |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

The Complaint in this matter was filed on July 25, 2023. To date, Plaintiffs have not provided proof that proper service of the Complaint has been made on Defendant as required by Fed. R. Civ. P. 4(m).

Plaintiffs are hereby ORDERED to show cause by **NOVEMBER 28, 2023** why this matter should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this order, the Court will dismiss this matter without prejudice.

DATED this 21st day of November, 2023.

RAVI SUBRAMANIAN,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER TO SHOW CAUSE – 1