# EXHIBIT A

*Paul Gancarz, et al v. David Alan Capito II*

Declaration of Christopher M. Hogue
RE: Plaintiff's Response to Show Cause and Motion to Extend Time for Service Pursuant to FRCP 4(m)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:23-CV-01113

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   David Alan Capito II, aka Vyacheslav Arkangelskiy
was recieved by me on  10/06/2023:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **8640 PEPPERIDGE LN SE, YELM, WA 98597**; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 285.00 for services, for a total of $ 285.00.

I declare under penalty of perjury that this information is true.

Date:  10/08/2023

*Server's signature*

**Holly Hart**
Printed name and title

**2212 Jackson Ave NW**
**Olympia, WA 98502**

*Server's address*

Additional information regarding attempted service, etc:

**10/7/2023 6:01 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown.  Owner doesn't believe this who he bought the house from.**




 Chris Hogue <chris@spokaneadvocate.com>

## Service Attempted for Reference ID REF-13817388
1 message

**noreply@abclegal.com** <noreply@abclegal.com>   Sat, Oct 7, 2023 at 6:02 PM
To: chris@spokaneadvocate.com



Hello,

A service attempt has been performed for **David Alan Capito II, aka Vyacheslav Arkangelskiy**.

**Reference ID:** REF-13817388
**Case #:** 2:23-CV-01113
**Your Process Server:** Holly Hart
**Date / Time:** October 07 2023 06:01 PM
**Address:** 8640 PEPPERIDGE LN SE, YELM, WA 98597
**Outcome:** I spoke with an individual who identified themselves as the resident and they stated subject unknown. Owner doesn't believe this who he bought the house from.

Stay up to date on the status of your order. Review the details of the attempt on the Case Details page. Your process server will continue to make attempts until diligence is met.

Stay up to date on the status of your order. Sign in to your account to send us a message, view recent updates, and access photos and documents.

We appreciate your business.