Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL GANCARZ, et al.,

              Plaintiffs,

    v.

DAVID ALAN CAPITO II,

             Defendant.

No. 2:23-cv-01113-RAJ

MINUTE ORDER

      The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

      On November 21, 2023, the Court ordered counsel for Plaintiffs to show cause by November 28, 2023 why this action should not be dismissed for failing to effectuate service of the summons and complaint on Defendant as required by Fed. R. Civ. P. 4(m).  Dkt. # 5.

      On November 21, 2023, counsel for Plaintiffs filed a response to the Court's order to show cause setting forth the efforts made to date to effectuate service upon Defendant and requesting an additional 90 days in which to attempt service or seek leave of the Court to serve Defendant by alternative means.  Dkt. # 6.

///

///

MINUTE ORDER – 1

1  Finding good cause, the Court GRANTS the request to extend the time to serve
2  Defendant to February 21, 2024, and VACATES the order to show cause.

   DATED this 27th day of November, 2023.

                                          RAVI SUBRAMANIAN,
                                          Clerk of the Court

                                          /s/ Victoria Ericksen
                                          Deputy Clerk to Hon. Richard A. Jones