1  CHRISTOPHER M. HOGUE, WSBA #48041
   Hogue Law Firm
2  905 W. Riverside Ave., Ste. 402
   Spokane WA 99201
3  (509) 934-1998 Telephone
   *Attorney for Plaintiffs*

4

5

6              **IN THE UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF WASHINGTON**
7

8  PAUL GANCARZ, an individual;            ) Case No. 2:23-cv-1113
   DANIEL TURETCHI, an individual;         )
9  COLTON BROWN, an individual;            ) **[PROPOSED] ORDER GRANTING**
   JAMES JOHNSON and AMELIA                ) **PLAINTIFFS' MOTION FOR**
10 JOHNSON, individually and husband       ) **ALTERNATIVE SERVICE, TO**
   and wife,                               ) **AMEND CASE CAPTION, AND TO**
                                           ) **EXTEND TIME FOR SERVICE**
11            Plaintiffs,                   ) **PURSUANT TO FRCP 4(m)**
                                           )
12        vs.                              )
                                           )
13 DAVID ALAN CAPITO II, aka               )
   VYACHESLAV ARKANGELSKIY,                )
14 an individual,                          )
                                           )
15            Defendant.                    )

16     Plaintiff brings a Motion for Alternative Service, to Amend Case Caption,

17 and to Extend Time for Service Pursuant to FRCP 4(m). This Court, having

18 reviewed all the pleadings in the file and considered the record, now FINDS:

19 [PROPOSED] ORDER GRANTING PLAINTIFFS'
   MOTION FOR ALTERNATIVE SERVICE, TO
   AMEND CASE CAPTION, AND TO EXTEND TIME
20 FOR SERVICE PURSUANT TO FRCP 4(m)
   - Page 1
21

1    1.    There is good cause to include Ryan Smith as an "also known as" or

2  "aka" identifier for Defendant David Alan Capito II on the Summons by

3  Publication and to amend the caption in this case to reflect this additional name for

4  the Defendant.

5    2.    Plaintiff has made a sufficient factual showing demonstrating (1) that

6  Defendant Capito could not be found  in Washington after a diligent search, (2)

7  that Defendant Capito was a resident of Washington, and (3) that Defendant Capito

8  either left the state of Washington or concealed himself within it, with intent to

9  avoid service of process.

10    3.    There is good cause to extend the time for service in this matter by 75

11  days to allow for service by publication under Washington law.

12    The Court now ORDERS:

13    1.    Plaintiff's Motion to Amend Case Caption to include Ryan Smith as

14  an "also known as" or "aka" identifier for Defendant David Alan Capito II is

15  GRANTED.

16    2.    Plaintiff's Motion for Alternative Service by Publication under RCW

17  4.28.100(2) is GRANTED.

18

19
20
21
[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR ALTERNATIVE SERVICE, TO
AMEND CASE CAPTION, AND TO EXTEND TIME
FOR SERVICE PURSUANT TO FRCP 4(m)
- Page 2

1    3.    Plaintiff's Motion to Extend Time for Service pursuant to FRCP 4(m)

2  is GRANTED.

3

4        ENTERED this _____ day of _____ 2024.

5

6                                        _____

7                                        RICHARD A. JONES
                                         United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19  [PROPOSED] ORDER GRANTING PLAINTIFFS'
    MOTION FOR ALTERNATIVE SERVICE, TO
    AMEND CASE CAPTION, AND TO EXTEND TIME
20  FOR SERVICE PURSUANT TO FRCP 4(m)
    - Page 3
21