CHRISTOPHER M. HOGUE, WSBA #48041
Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane WA 99201
(509) 934-1998 Telephone
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GANCARZ, an individual; DANIEL TURETCHI, an individual; COLTON BROWN, an individual; JAMES JOHNSON and AMELIA JOHNSON, individually and husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID ALAN CAPITO II, aka VYACHESLAV ARKANGELSKIY, an individual,<br><br>Defendant. | Case No. 2:23-cv-1113<br><br>**DECLARATION OF CHRISTOPHER HOGUE RE:**<br><br>**PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE, TO AMEND CASE CAPTION, AND TO EXTEND TIME FOR SERVICE PURSUANT TO FRCP 4(m)**<br><br>Hearing Date: February 14, 2024<br><br>*Without Oral Argument* |

I, CHRISTOPHER HOGUE, declare as follows:

1. I am over the age of eighteen, competent to testify in the above-entitled matter, and make this declaration on my own personal knowledge. I am one of the attorneys for Plaintiffs in this matter.

DECLARATION OF CHRISTOPHER HOGUE
- Page 1

2. Based upon all of Plaintiffs' counsel's efforts to effect service upon Defendant Capito, Mr. Capito cannot be located. His residence is unknown.

3. Attached as Exhibit A is the proposed Summons by Publication in compliance with RCW 4.28.110.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 14th day of February 2024.

s/ *Christopher Hogue*
CHRISTOPHER HOGUE

DECLARATION OF CHRISTOPHER HOGUE - Page 2

**CM/ECF CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 14th day of February 2024

                                  s/ *Christopher M. Hogue*
                                  Attorney for Plaintiffs

DECLARATION OF CHRISTOPHER HOGUE - Page 3