CHRISTOPHER M. HOGUE, WSBA #48041
Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane WA 99201
(509) 934-1998 Telephone
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PAUL GANCARZ, an individual; DANIEL TURETCHI, an individual; COLTON BROWN, an individual; JAMES JOHNSON and AMELIA JOHNSON, individually and husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVID ALAN CAPITO II, aka VYACHESLAV ARKANGELSKIY, aka RYAN SMITH, an individual,<br><br>　　　　　Defendant. | Case No. 2:23-cv-1113<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ALTERNATIVE SERVICE** |

This matter came before the Court on Plaintiffs' Renewed Motion for Alternative Service. This Court, having reviewed all the pleadings in the file and considered the record, now makes the following findings and conclusions:

[PROPOSED] ORDER GRANTING PLAINTIFFS'
RENEWED MOTION FOR ALTERNATIVE SERVICE
- Page 1

1. The Court previously concluded Plaintiffs established the first two requirements for service by publication under Washington law.

2. The Court now finds and concludes that Plaintiffs – through the declarations of Christopher Hogue, Glen Allen, Melissa McClellan, and Stephen Robinson – have clearly articulated facts from which it may be inferred that Defendant David Alan Capito II, aka Vyacheslav Arkangelskiy, aka Ryan Smith has concealed himself within the state of Washington with the intent to avoid service. Thus, Plaintiffs have established the third and final requirement for service by publication under Washington law.

3. There is good cause to extend the time for service in this matter by 75 days to allow for service by publication under Washington law.

4. The proposed summons attached to the Declaration of Christopher Hogue Re: Plaintiffs' Renewed Motion for Alternative Service as Exhibit A complies with the form prescribed in RCW 4.28.110 for service by publication.

5. The Seattle Times is an approved legal publication with the King County Superior Court and is the most widely circulated newspaper in the area.

The Court now ORDERS:

1. Plaintiffs' Renewed Motion for Alternative Service is GRANTED.

2. The time allowed for service in this matter is extended by 75 days to allow for service by publication under Washington law.

3. Plaintiffs shall make publication of the summons attached to the Declaration of Christopher Hogue in the Seattle Times in the manner prescribed by Washington law.

4. Plaintiffs shall file a declaration of service with the Court for this service by publication when the service is completed.

ENTERED this _____ day of _____ 2024.

_____
RICHARD A. JONES
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
RENEWED MOTION FOR ALTERNATIVE SERVICE
- Page 3