# EXHIBIT A

*Paul Gancarz, et al v. David Alan Capito II*

Declaration of Christopher M. Hogue RE: Plaintiffs' Renewed Motion for Alternative Service

**UNITED STATES DISTRICT COURT**
for the Western District of Washington

Civil Action No. 2:23-cv-01113-RAJ

Paul Gancarz, an individual; Daniel Turetchi, an individual;
Colton Brown, an individual; James Johnson and Amelia
Johnson, individually and husband and wife,

Plaintiffs,

v.

David Alan Capito II, aka Vyacheslav Arkangelskiy,
aka Ryan Smith, an individual,

Defendant.

**SUMMONS IN A CIVIL ACTION**

**To:**  David Alan Capito II, aka Vyacheslav Arkangelskiy, aka Ryan Smith

You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the  --- day of September 2024, and defend the above entitled action in the above entitled court and answer the complaint of the plaintiffs, and serve a copy of your answer upon the undersigned attorney for the plaintiffs at his office below stated; and in case of your failure to do so, judgment will be rendered against you according to the demand of the complaint which has been filed with the clerk of said court.

In their complaint, plaintiffs allege that your improper access to and use of plaintiffs' confidential information caused them harm. Plaintiffs' causes of actions include claims under the Federal Computer Fraud and Abuse Act, 18 U.S.C. 1030, and invasion of privacy, among others. They allege damages against you, which includes damages from loss of their jobs.

                                              Plaintiffs' Attorney:

                                              Christopher M. Hogue, WSBA #48041
                                              905 W. Riverside Ave, Ste 402
                                              Spokane, WA 99201
                                              Tel: (509) 934-1998
                                              Email: chris@spokaeadvocate.com