# The Seattle Times

## AFFIDAVIT OF PUBLICATION

Chris Hogue
Hogue Law Firm
905 W RIVERSIDE AVE STE 402
Spokane WA 99201

**UNITED STATES DISTRICT COURT**
**for the Western District of Washington**

Civil Action No. 2:23-cv-01113-RAJ

Paul Goncarz, an individual; Daniel Turetchi, an individual; Colton Brown, an individual; James Johnson and Amelia Johnson, individually and husband and wife,
Plaintiffs,
v.
David Alan Capito II, aka Vyacheslav Arkangelskiy, aka Ryan Smith, an individual,
Defendant.

**SUMMONS IN A CIVIL ACTION**
To: David Alan Capito II, aka Vyacheslav Arkangelskiy, aka Ryan Smith

You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the 28th day of April 2025, and defend the above entitled action in the above entitled court and answer the complaint of the plaintiffs, and serve a copy of your answer upon the undersigned attorney for the plaintiffs at his office below stated; and in case of your failure to do so, judgment will be rendered against you according to the demand of the complaint which has been filed with the clerk of said court.

In their complaint, plaintiffs allege that your improper access to and use of plaintiffs' confidential information caused them harm. Plaintiffs' causes of actions include claims under the Federal Computer Fraud and Abuse Act, 18 U.S.C. 1030, and invasion of privacy, among others. They allege damages against you, which includes damages from loss of their jobs.

Plaintiffs' Attorney:
Christopher M. Hogue, WSBA #48041
905 W. Riverside Ave, Ste 402
Spokane, WA 99201
Tel: (509) 934-1998
Email: chris@spokaneadvocate.com

STATE OF WASHINGTON, COUNTIES OF KING AND SNOHOMISH

The undersigned, on oath states that he/she is an authorized representative of The Seattle Times Company, publisher of The Seattle Times of general circulation published daily in King and Snohomish Counties, State of Washington. The Seattle Times has been approved as a legal newspaper by orders of the Superior Court of King and Snohomish Counties.

The notice, in the exact form annexed, was published in the regular and entire issue of said paper or papers and distributed to its subscribers during all of the said period.

04/28/2025, 05/05/2025, 05/12/2025, 05/19/2025, 05/26/2025, 06/02/2025

Agent __Frankie Flight__   Signature __Frankie Flight__

Subscribed and sworn to before me on 6/2/25

__Hanh Bui__ Hanh Bui
(Notary Signature) Notary Public in and for the State of Washington, residing at Seattle

Publication Cost: $907.50
Order No: 96324
Customer No: 44165
PO #:

HANH SONG NGUYEN BUI
Notary Public
State of Washington
Commission # 19110316
My Comm. Expires Nov 4, 2027

Page 1