AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

PAUL GANCARZ, et. al. )
*Plaintiff* )
v. ) Case No. 2:23-CV-01113-RAJ
DAVID ALAN CAPITO )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant DAVID ALAN CAPITO

Date:   06/27/2025

/s/ Matthew Kellegrew
*Attorney's signature*

Matthew Kellegrew, WSB 61354
*Printed name and bar number*

CIVIL LIBERTIES DEFENSE CENTER
120 State Ave. NE # 122
Olympia, WA 98501

*Address*

mkellegrew@cldc.org
*E-mail address*

(541) 687-9180
*Telephone number*

*FAX number*