HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GANCARZ, an individual; DANIEL TURETCHI, an individual; COLTON BROWN, an individual; JAMES JOHNSON and AMELIA JOHNSON, individually and husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ALAN CAPITO II, aka VYACHESLAV ARKANGELSKIY, aka RYAN SMITH, an individual,<br><br>Defendant. | CASE NO. 3:23-cv-01113-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PUSUANT TO FRCP 12(b)(6) |

Having reviewed the Defendants' Motion to Dismiss, the opposition filed by plaintiffs the reply in support, and any attachments thereto,

IT IS SO ORDERED that Plaintiffs' complaint is dismissed with prejudice.

ENTERED this _____ day of _____ 2025.

_____
RICHARD A. JONES
United States District Court Judge

Presented by:

   /s/ Lauren Regan
CIVIL LIBERTIES DEFENSE CENTER
Lauren Regan, *pro hac vice* pending
1711 Willamette St. Ste 301 # 359

[PROPOSED] ORDER GRANTING MOTION TO DISMISS -- 3:23-cv-01113-RAJ - Page 1

Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Matthew Kellegrew, local counsel

[PROPOSED] ORDER GRANTING MOTION TO DISMISS -- 3:23-cv-01113-RAJ - Page 2