HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GANCARZ, an individual; DANIEL TURETCHI, an individual; COLTON BROWN, an individual; JAMES JOHNSON and AMELIA JOHNSON, individually and husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ALAN CAPITO II, aka VYACHESLAV ARKANGELSKIY, aka RYAN SMITH, an individual,<br><br>Defendant. | CASE NO. 3:23-cv-01113-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S SPECIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT RCW 4.105.020(1). |

Having reviewed the Defendants' Special Motion to Dismiss, the opposition filed by plaintiffs the reply in support, and any attachments thereto, Defendant's motion is granted.

IT IS SO ORDERED that Plaintiffs' complaint is dismissed with prejudice; and Defendant shall file a motion for reasonable attorney fees within 14 days of this order pursuant to RCW 4.105.090(1).

ENTERED this _____ day of _____ 2025.

_____
RICHARD A. JONES
United States District Court Judge

[PROPOSED] ORDER GRANTING SPECIAL MOTION TO DISMISS
Case No. 3:23-cv-01113-RAJ - Page 1

Presented by:

    /s/ Lauren Regan
CIVIL LIBERTIES DEFENSE CENTER
Lauren Regan, *pro hac vice* pending
1711 Willamette St. Ste 301 # 359
Eugene, OR 97401
(541) 687-9180
lregan@cldc.org

Matthew Kellegrew, local counsel

[PROPOSED] ORDER GRANTING SPECIAL MOTION TO DISMISS
Case No. 3:23-cv-01113-RAJ - Page 2