CHRISTOPHER M. HOGUE, WSBA #48041
Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane WA 99201
(509) 934-1998 Telephone
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GANCARZ, an individual; DANIEL TURETCHI, an individual; COLTON BROWN, an individual; JAMES JOHNSON and AMELIA JOHNSON, individually and husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID ALAN CAPITO II, aka VYACHESLAV ARKANGELSKIY, an individual,<br><br>    Defendant. | Case No. 2:23-cv-1113<br><br>**DECLARATION OF CHRISTOPHER HOGUE RE:**<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND RULE 12(b) MOTION TO DISMISS**<br><br>Hearing Date: September 2, 2025<br><br>No Oral Argument Requested |

I, CHRISTOPHER HOGUE, declare as follows:

1. I am over the age of eighteen, competent to testify in the above-entitled matter, and make this declaration on my own personal knowledge. I am the attorney for Plaintiffs in this matter.

DECLARATION OF CHRISTOPHER HOGUE
- Page 1

2.  Attached as Exhibit A is a true and correct copy of a June 13, 2025, letter from Defendant's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of August 2025.

                    s/ *Christopher Hogue*
                    CHRISTOPHER HOGUE

DECLARATION OF CHRISTOPHER HOGUE - Page 2

**CM/ECF CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 25th day of August 2025.

                                            s/ *Christopher M. Hogue*
                                            Attorney for Plaintiffs

DECLARATION OF CHRISTOPHER HOGUE - Page 3