# EXHIBIT A

*Paul Gancarz, et al v. David Alan Capito II*

Declaration of Christopher Hogue re: Plaintiffs' Response to Defendant's Second Rule 12(b) Motion to Dismiss



**Matt Kellegrew, Staff Attorney**
1711 Willamette St. Suite 301 #359, Eugene, OR 97401
Phone: 541-687-9180
mkellegrew@cldc.org  https://cldc.org

June 13, 2025

Christopher M. Hogue
Hogue Law Firm
Via email to chris@spokaneadvocate.com

Glen Allen
Glen Allen Law
Via email to glenallenlaw@protonmail.com

RE: *Gancarz et al. v. Capito*, W.D. Wash. No. 2:23-cv-01113-RAJ

We represent the defendant named in the above-referenced lawsuit. We will file a responsive pleading on June 27, 2025.

Pursuant to RCW 4.105.020(1), this is to provide plaintiffs with written notice that, on June 27, we intend to file a special motion pursuant to RCW 4.105.020(2), for expedited relief to dismiss the following causes of action:

   Cause of Action 2 - Common-law tort - Invasion of Privacy – Intrusion on Private Affairs

   Cause of Action 3 - Invasion of Privacy – Giving Publicity to Private Facts

   Cause of Action 4 -- Virginia Computer Trespass Act, Civil Action, § 18.2-152.12 Virginia Code – plaintiff Paul Garcanz

   Cause of Action 5 -- Maryland Unauthorized Access to Computers Act, Civil Action, § 7-302 of Maryland Code – plaintiff Daniel Turetchi

   Very truly yours,
   /s/ Matthew Kellegrew
   Matthew Kellegrew
   WSBN 61354