HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PAUL GANCARZ, an individual;
DANIEL TURETCHI, an individual;
COLTON BROWN, an individual;
JAMES JOHNSON and AMELIA
JOHNSON, individually and husband
and wife,

    Plaintiffs,

v.

DAVID ALAN CAPITO II, aka
VYACHESLAV ARKANGELSKIY,
aka RYAN SMITH, an individual,

    Defendant.

CASE NO. 2:23-cv-01113-RAJ

DEFENDANT'S DECLARATION IN
SUPPORT OF DEFENDANT'S MOTION
TO DISMISS WASHINGTON STATE
LAW CLAIMS

I, David Capito, declare as follows:

1. I have not lived at 502 S "L" St, Tacoma, Washington, since 2019.

2. My only understanding of the history of that location after I moved was that it was sold to a hospital in August 2022, and the structure was demolished by at least July 2023 (two years before this lawsuit was filed). *See* Shea Johnson, "White Nationalists Sued a Man with Lake Stevens Ties. They Can't Find Him"; HeraldNet (Oct. 3, 2024), https://www.heraldnet.com/news/white-nationalists-sued-a-man-with-lake-stevens-ties-they-cant-find-him/

3. Neither of the phone numbers listed in the declarations of the private

DEF'S DECL IN SUPPORT OF MTD WA STATE LAW
CLAIMS - 3:23-cv-01113-RAJ - Page 1

CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St Ste 301 # 359
Eugene, OR 97401  (541) 687-9180

investigators were current for me at the time of their alleged investigations.

4. I do not recall ever using the phone number (425) 689-4095 (mentioned in Plaintiffs' Dkt 14 at 2) and I have no record of that phone number. If I ever used that number, it would have been a temporary or prepaid number, not used by me since before 2020. I have not had control of that number since then, if ever.

5. 625 Queen Anne Avenue N., Apt. 208, Seattle, Washington, has not been on my driver's license since approximately 2017, when I moved from that location. This directly conflicts with the investigator's declaration. Dkt 10 at 2.

6. The current address on my driver's license is 8911 Vernon Road, Lake Stevens, Washington. This has been my driver's license address since before the events alleged in the complaint. This is not a storage unit, conflicting directly with the investigator's declaration. Dkt 10 at 2.

7. I have never driven or owned a bronze Mazda, a vehicle referenced in the investigator's declaration. Dkt 10 at 1.

8. I have not coordinated with anyone to create or post tweets about this case.

9. I have not taken any actions to intentionally avoid service in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2025.

       /s/ David Capito
    David Capito