1  CHRISTOPHER M. HOGUE, WSBA #48041
   Hogue Law Firm
2  827 W. 1st Ave., Ste. 301
   Spokane WA 99201
3  Tel: 509-934-1998
   Email: chris@spokaneadvocate.com
4  *Attorney for Plaintiffs*

5

6          IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON

7
   PAUL GANCARZ, an individual;            ) Case No. 2:23-cv-1113-RAJ
8  DANIEL TURETCHI, an individual;         )
   COLTON BROWN, an individual;            ) **NOTICE OF CHANGE OF**
9  JAMES JOHNSON and AMELIA                ) **ADDRESS**
   JOHNSON, individually and husband       )
10 and wife,                               )
                                           )
11              Plaintiffs,                )
                                           )
12      vs.                                )
                                           )
13 DAVID ALAN CAPITO II, aka               )
   VYACHESLAV ARKANGELSKIY,                )
14 aka RYAN SMITH, an individual,          )
                                           )
15              Defendant.                 )

16      TO:   The Clerk of Court; and Defendant and its attorneys of record.

17      Please take notice that Hogue Law Firm has relocated to a new address

18 effective immediately, as detailed below:

19 //

20 //

21 NOTICE OF CHANGE OF ADDRESS
    - Page 1

| **Old Address**: | **New Address**: |
|---|---|
| HOGUE LAW FIRM<br>905 W. Riverside Ave., Ste. 402<br>Spokane, WA 99201 | HOGUE LAW FIRM<br>827 W. 1st Ave., Ste. 301<br>Spokane, WA 99201 |

Mr. Hogue's office phone number and email address remain the same.

DATED this 26th day of September 2025.

    HOGUE LAW FIRM

    /s/ *Christopher M. Hogue*
    Christopher M. Hogue
    WSBA #48041
    Attorney for Plaintiffs

NOTICE OF CHANGE OF ADDRESS
- Page 2

**CM/ECF CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 26th day of September 2025.

s/ <em>Christopher M. Hogue</em><br>Attorney for Plaintiffs

NOTICE OF CHANGE OF ADDRESS
- Page 3