Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL GANCARZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID ALAN CAPITO II, <br><br> Defendant. | NO. 2:23-cv-01113-RAJ <br><br> ORDER OF DISMISSAL |

On January 16, 2026, the Court entered an order granting Defendant's Motion to Dismiss for Failure to State a Claim. Dkt. # 34. The Court dismissed Plaintiffs' Complaint without prejudice and with leave to amend within 21 days of the Court's January 16, 2026 order.

As Plaintiffs have not filed an amended complaint, Plaintiffs' claim one under the Federal Computer Fraud and Abuse Act is **DISMISSED WITH PREJUDICE**, and Plaintiffs' claims two through six are **DISMISSED WITHOUT PREJUDICE**.

DATED this 10th day of February, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1