# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL GANCARZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID ALAN CAPITO II,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:23-cv-01113-RAJ |

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' claim one under the Federal Computer Fraud and Abuse Act is **DISMISSED** with prejudice, and Plaintiffs' claims two through six are **DISMISSED** without prejudice.

DATED this 10th day of February, 2026.

　　　　　　　　　　　　　　　　　　　JOSHUA C. LEWIS,
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By:   _/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk